USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/08/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNNETTE TATUM-RIOS, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH ROVER LLC d/b/a HEALTH ROVER<br><br>Defendant. | ECF CASE<br><br>No.: 22-cv-01043 (VEC) |

STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: April 7, 2022
New York, New York

_____
Douglas B. Lipsky
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, NY 10170
doug@lipskylowe.com
212.392.4772
*Attorneys for Plaintiff*

Dated: April 7, 2022
Mineola, New York

_____
Gerald C. Waters, Jr.
MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP
190 Willis Avenue
Mineola, New York 11501
gwaters@meltzerlippe.com
516.741.0300
*Attorneys for Defendant*

---

This case is dismissed with prejudice.

The Clerk of Court is respectfully directed to terminate all open motions and to close this case.

SO ORDERED.

*[signature]* Date: April 8, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Doc ID: b44cf4458b9778d7ae4cc98f33f9da55d8fc39fd